**OHIO ELECTRIC POWER COMPANY v. COLUMBUS, DELAWARE & MARION ELECTRIC COMPANY,** Manufacturers' Trust Company, and Central Eastern Power Company.

No. 6499.

Circuit Court of Appeals, Sixth Circuit
Nov. 9, 1933.

Tracy, Chapman & Welles, of Toledo, Ohio, for appellant.

Marshall, Melhorn, Marlar & Martin, of Toledo, Ohio, and Wm. P. Moloney, of Marion, Ohio, for appellees.

PER CURIAM.
Decree of District Court modified.

**OKLAHOMA NATURAL GAS COMPANY v. Clarence CARAKER et al.**

No. 965.

Circuit Court of Appeals, Tenth Circuit.
Sept. 28, 1933.

Paul Pinson, of Tulsa, Okl., for appellant.

Charles A. Coakley, of Tulsa, Okl., for appellees.

Before PHILLIPS, McDERMOTT, and BRATTON, Circuit Judges.

PER CURIAM.
Appeal dismissed, on motion of appellant.

**OKLAHOMA PORTLAND CEMENT COMPANY v. SOUTHWEST GAS UTILITIES CORPORATION OF OKLAHOMA et al.**

No. 903.

Circuit Court of Appeals, Tenth Circuit.
Oct. 25, 1933.

J. B. Dudley, of Oklahoma City, Okl., for appellant.

Yandell Boatner, of Shreveport, La., for appellees.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.
Appeal dismissed, on stipulation.

**PALATINE INSURANCE COMPANY, LTD., OF LONDON, ENGLAND, et al. v. B. & B. STORES COMPANY, Inc.**

No. 953.

Circuit Court of Appeals, Tenth Circuit.
Oct. 10, 1933.

Rittenhouse, Webster & Rittenhouse, of Oklahoma City, Okl., for appellants.

Hirsh & Hirsh, of Oklahoma City, Okl., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.
Appeal dismissed, on motion of appellants.

**PUBLIC INDEMNITY COMPANY, Appellant, v. John Will ROBERTSON, Appellee.**

No. 3495.

Circuit Court of Appeals, Fourth Circuit.
July 14, 1933.

Thomas, Lumpkin & Cain, of Columbia, S. C., for appellant.

Watkins & Prince, of Anderson, S. C., for appellee.

PER CURIAM.
Case dismissed under rules 22 and 23. Order filed.